UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 <br> ) Case No. 03-10323 (JWV) <br> ) |
| KEY3MEDIA GROUP, INC., <u>et al.</u>,[1] | ) Jointly Administered <br> ) |
| Debtors. | ) <br> ) |
| KEY3MEDIA GROUP, INC., on behalf of The substantively consolidated post-Confirmation estate, and in particular, Class 4 creditors under the Debtors' confirmed Joint Amended Plan of Reorganization, | ) <br> ) <br> ) Adv. Pro. No. 04-57972 (RB) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| PULVER.COM, INC.; PULVER.COM EUROPE, LTD.; PULVER.COM ASIA, LTD.; PULVER.COM CONFERENCES, INC. and JEFFREY PULVER, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants and Third Party Plaintiffs, | ) <br> ) |
| MEDIALIVE INTERNATIONAL, INC. (f/k/a Key3Media Group, Inc., | ) <br> ) <br> ) |
| Third Party Defendant. | ) <br> ) |

**NOTICE OF APPEAL FROM ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 7, 2005, REGARDING MOTION OF CREDITOR REPRESENTATIVE FOR <u>ORDER APPROVING SETTLEMENT (PULVER CLAIMS)</u>**

Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and

Convention Center and Venetian Casino Resort, LLC (collectively referred to as the "Interface

---

[1] The Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

Creditors"), creditors of the above-captioned Debtors, appeals pursuant to 28 U.S.C. § 158(a) from the Order of the United States Bankruptcy Court (The Honorable Randolf Baxter), granting the Motion of Creditor Representative for Order Approving Settlement (Pulver Claims).

The names of all parties to the Order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Counsel to the Debtors:

| | |
|---|---|
| Daniel J. DeFranceschi, Esquire | David M. Friedman, Esquire |
| John R. Knight, Esquire | Robert M. Novick, Esquire |
| Richards, Layton & Finger, P.A. | Kasowitz, Benson, Torres & Friedman LLP |
| One Rodney Square | 1633 Broadway |
| P.O. Box 551 | New York, NY 10019 |
| Wilmington, Delaware 19899 | Tel:    (212) 506-1700 |
| Tel:    (302) 651-7700 | Fax:    (212) 506-1800 |
| Fax:    (302) 651-7701 | |

Counsel to the Official Committee of Unsecured Creditors:

Laura David Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Tel:    (302) 652-4100
Fax:    (302) 652-4400

Counsel to the United States Trustee:

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801
Tel:    (302 573-6492
Fax:    (302) 573-6497

October 18, 2005                    ELZUFON, AUSTIN, REARDON,
                                    TARLOV & MONDELL, P.A.

                                    */s/ Charles J. Brown, III*
                                    Charles J. Brown III (No. 3368)
                                    300 Delaware Avenue
                                    Suite 1700
                                    P.O. Box 1630
                                    Wilmington, DE 19899-1630

                                    and

                                    Stephen F. Gordon (Mass. BBO No. 203600)
                                    Peter J. Haley (Mass. BBO No. 543848)
                                    Gordon Haley LLP
                                    101 Federal Street
                                    Boston, Massachusetts 02110
                                    (617) 261-0100

                                    Interface Group-Massachusetts, LLC,
                                    Interface Group-Nevada, LLC d/b/a Sands
                                    Expo and Convention Center and Venetian
                                    Casino Resort, LLC