IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 11 |
| **KEY3MEDIA GROUP, INC.,** *et al.*, | Case No.: 03-10323 <br> (Jointly Administered) |
| Debtors. | |
| **KEY3MEDIA GROUP, INC.,** on behalf of the substantively consolidated post-confirmation estate, and in particular, Class 4 creditors under the Debtors' confirmed Joint Amended Plan of Reorganization, | Adv. Proc. No. 04-57972 <br><br> **JUDGE RANDOLPH BAXTER** |
| Plaintiff, | |
| **PULVER.COM, INC.,** *et. al.*, | |
| Defendants and Third Party Plaintiffs | |
| **MEDIALIVE INTERNATIONAL INC.** (f/k/a Key3Media Group, Inc.), | |
| Third Party Defendant | |

## JUDGMENT

In Delaware, in said District, on this ___ day of October, 2005.

A Memorandum Of Opinion And Order having been rendered by this Court in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Movant's motion is hereby granted. The objection thereto is overruled. Each party is to bear its respective costs.

IT IS SO ORDERED.

_____
RANDOLPH BAXTER
CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT