**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date:   December 2, 2005

To:   **Peter Dalleo, Clerk**  
U.S. District Court  
District of Delaware  
U.S. Courthouse - 844 King Street  
Wilmington, DE 19801

Re:   Key3Media Group, Inc.  
Adversary Case #04-57972 (RB)

Enclosed is the bankruptcy Record on **Appeal #AP-05-72.**  Please acknowledge receipt on the copy provided.

**Enclosed Items:**
**Notice of Appeal: #05-72**
**Appealable Orders: Yes**
**Statement of Issues on Appeal: Yes**
**Appellants Designations: Yes**
**Appellee Designations: Yes**

Sincerely,

*Barbara M. Torres* (signature)

Barbara M. Torres, Deputy Clerk

__X__ Filing fee paid on 10/19/05  
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____  
   Deputy Clerk, U.S. District Court

C.A. No.:

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Bankruptcy Case Number: 03-10323**
Deputy Clerk Transferring Case: Barbara M. Torres (302) 252-2900 x5135
**Appeal #: (AP-05-72)**
**Case Type: Adversary**

**Nature of Suit: 454** (To Recover Fraudulent Transfers)

### Cause of Appeal:

Opinion and Order Granting Motion Approving Settlement between Debtors and Avoidance Defendants. Signed on October 7, 2005, docket number 43. [Related documents # 19, 42].

| | |
|---|---|
| **Parties:** | Key3Media Group, Inc., on behalf of the substantively consolidated post-confirmation estate, and in particular, Class 4 creditors under the Debtors' confirmed joint amended plan of reorganization v. Pulver.com; Pulver.com Europe, LTD.; Pulver.com Asia, LTD; Pulver.com Conferences, Inc. And Jeffrey Pulver. |
| **Debtors:** | **Key3Media Group, Inc.** |
| **Counsel:** | **Daniel J. DeFranceschi, Esquire**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| **Telephone:** | 302-651-7700 |
| **Appellant:** | **Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC dba Sands Expo and Convention Center and Venetian Casino Resort, LLC** |
| **Counsel:** | **Charles J. Brown, III**<br>Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>300 Delaware Avenue<br>Suite 1700<br>Wilmington, DE 19899 |
| **Telephone:** | (302) 428-3181 |
| **Appellee:** | **Creditor Representative and Special Counsel for Reorganized Debtors** |
| **Counsel:** | **Sandra G.M. Selzer**<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705 (Courier 19801) |
| **Telephone:** | (302) 652-4100 |