UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 03-10323 (JWV) |
| KEY3MEDIA GROUP, INC., et al,[1] ) | Jointly Administered |
| ) |  |
| Debtors. ) |  |
| ) |  |
| KEY3MEDIA GROUP, INC., on behalf of ) | |
| The substantively consolidated post- ) | |
| Confirmation estate, and in particular, Class ) | Adv. Pro. No. 04-57972(RB) |
| 4 creditors under the Debtors' confirmed ) | |
| Joint Amended Plan of Reorganization, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PULVER.COM, INC.; PULVER.COM ) | |
| EUROPE, LTD.; PULVER.COM ASIA, ) | |
| LTD.; PULVER.COM CONFERENCES, ) | |
| INC. and JEFFREY PULVER, ) | |
| ) | |
| Defendants and Third Party Plaintiffs, ) | |
| ) | |
| MEDIALIVE INTERNATIONAL, INC. ) | |
| (f/k/a Key3Media Group, Inc., ) | |
| ) | |
| Third Party Defendant. ) | |

DESIGNATION OF ITEMS TO RECORD AND
STATEMENT OF THE ISSUES ON APPEAL

Interface Group-Massachusetts, LLC, Interface Group-Nevada, Inc. and Venetian Casino Resort, LLC (collectively the "Interface Creditors") hereby designate the following items to the record on appeal:

1. First Amended Complaint to Avoid and Recover Fraudulent Transfers [Docket No. 8];

2. Answer, Affirmative Defenses, and Counterclaims of Pulver.com, Inc., Pulver.com Europe, Ltd., Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc. and Jeffrey Pulver to First Amended Complaint of Key3Media, Inc. to Avoid and Recover Fraudulent Transfers [Docket No. 9];

3. Response to Counterclaims of Pulver.com, Inc., Pulver.com Europe, Ltd., Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc. and Jeffrey Pulver [Docket No. 10];

4. Third Party Complaint of Pulver.com, Inc., Pulver.com Europe, Ltd., Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc. and Jeffrey Pulver Against Medialive International, Inc. with Regard to First Amended Complaint of Key3Media, Inc. to Avoid and Recover Fraudulent Transfers [Docket No. 11];

5. Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants [Docket No. 19];

6. Objection of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims) [Docket No. 20];

7. Supplement to Objection of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims)[Docket No. 34];

8. Supplement (Second) to Objection of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims)[Docket No. 39];

9. Transcript of Hearing held on August 25, 2005 before The Honorable Randolph Baxter [Docket No. 40];

---

[1] The Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

10. Memorandum of Opinion and Order Granting Motion for Order Approving Settlement between Debtors and Avoidance Defendants [Docket No. 42];

11. Judgment Order regarding Memorandum of Opinion and Order [Docket No. 43]; and

12. Notice of Appeal [Docket No. 46].

## Statement of the Issues on Appeal

The Interface Creditors state the following issues on appeal:

1. Whether the Bankruptcy Court erred in granting the Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants.

2. Whether the Bankruptcy Court erred in finding that the Debtors' likelihood of success in the fraudulent transfer litigation against the Avoidance Defendants was low in light of the fact that the Debtors had sold their assets for approximately $37,127,000.00 less than the Debtors' purchase price of the same assets and in light of the fact that neither party had conducted any discovery in the adversary proceeding.

3. Whether the Bankruptcy Court erred in finding that there were likely difficulties in collection of a judgment against the Avoidance Defendants absent any evidence to support such a finding.

4. Whether the Bankruptcy Court erred in finding that the litigation would be complex and costly by relying on the parties' bare assertion of potential litigation costs.

4

     5.     Whether the Bankruptcy Court erred in finding that the proposed settlement is in the paramount interest of the Debtors' creditors.

| | |
|---|---|
| Dated: November 1, 2005<br>Wilmington, Delaware | ELZUFON AUSTIN REARDON<br>TARLOV & MONDELL, P.A.<br><br>*/s/ Charles J. Brown, III*<br>Charles J. Brown, III (Bar No. 3368)<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19899-1630<br>(302) 428-3181<br><br>-and-<br><br>Stephen F. Gordon (Mass BBO#203600)<br>Peter J. Haley (Mass BBO#543858)<br>Leslie F. Su (Mass BBO#641833)<br>Gordon Haley LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br><br>Counsel to Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC |