## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, certify that I am not less than 18 years of age, and that service of the foregoing was made via facsimile to the following parties on November 1, 2005, upon:

Laura Davis Jones, Esquire
Paula A. Galbraith, Esquire
Pachulski, Stang, Ziehl, Young & Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Andrew W. Caine, Esquire
Pachulski, Stang Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067

John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Elio Battista, Jr., Esquire
Blank Rome
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801


Dated: November 1, 2005                    */s/ Charles J. Brown, II*
                                           Charles J. Brown, III (No. 3368)