IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KEY3MEDIA GROUP, INC., et al.,<br><br>                    Debtors. | Case No. 03-10323 (RB)<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| KEY3MEDIA GROUP, INC., on behalf of the consolidated post-confirmation estate, and in particular, Class 4 creditors under the Debtors' confirmed Joint Amended Plan of Reorganization,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PULVER.COM, INC.; PULVER.COM EUROPE , LTD.; PULVER.COM ASIA, LTD.; PULVER.COM CONFERENCES, INC. and JEFFREY PULVER,<br><br>           Defendants and Third Party Plaintiffs, | Adv. Proc. No. 04-57972 (RB) |
| MEDIALIVE INTERNATIONAL, INC. (f/k/a Key3Media Group, Inc.,<br><br>           Third Party Defendant. | **Related Docket Nos.: 46 & 48** |

## APPELLEES' COUNTER-DESIGNATION OF RECORD AND COUNTER-STATEMENT OF ISSUES ON APPEAL

The above captioned reorganized debtors (the "Reorganized Debtors") and Alix Partners as the creditor representative duly appointed pursuant the First Amended Joint Plan of Reorganization for Key3Media Group, Inc., et al. (the "Creditor Representative"; together with the Reorganized Debtors, the "Appellees"), pursuant to Federal Rule of Bankruptcy Procedure

8006, hereby submit this counter-statement of issues on appeal and counter-designation of additional items to be included in the record on appeal from the Memorandum of Opinion and Order Granting Motion for Order Approving Settlement Between Debtors and Avoidance Defendants, and Judgment and Order Regarding Memorandum of Opinion and Order of the United States Bankruptcy Court (the "Bankruptcy Court"), each dated October 7, 2005 (Adv. Docket Nos. 42, 43).

## Counter-Statement of Issues on Appeal

1. Whether the Bankruptcy Court abused its discretion in finding that the settlement (the "Settlement") between and among the parties to the above-referenced adversary proceeding is fair, reasonable and in the best interest of the estate.

2. Whether the findings of fact of the Bankruptcy Court made in approving the Settlement fail to support a conclusion that the Settlement does not fall below the lowest point in the range of reasonableness.

## Designation of Additional Items for Record on Appeal

| APPELLEES' ITEM NO. | DATE | ADVERSARY DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 1. | 12/17/2004 | 1 | Complaint to Avoid and Recover Fraudulent Transfers by Key3Media Group, Inc. on behalf of all affiliated Debtors, against Pulver.com, Inc.; Pulver.com Europe, Ltd.; Pulver.com Asia, Ltd; Pulver.com Conferences, Inc. and Jeffrey Pulver. |
| 2. | 01/24/2005 | 9 | Answer to Amended Complaint with Affirmative Defenses. Counterclaim by Jeffrey Pulver, Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc., Pulver.com Europe, Ltd., Pulver.com, Inc. against |

| APPELLEES' ITEM NO. | DATE | ADVERSARY DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| | | | Key3Media Group, Inc. on behalf of all affiliated Debtors. |
| 3. | 02/02/2005 | 10 | Responses to Counterclaims of Pulver.com, Inc., Pulver.com Europe, Ltd., Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc. and Jeffrey Pulver. |
| 4. | 02/02/2005 | 11 | Third-Party Complaint by Jeffrey Pulver, Pulver.com Conferences, Inc., Pulver.com Asia Pacific, Ltd., Pulver.com Europe, Ltd., Pulver.com, Inc. against Medialive International, Inc. (f/k/a Key3Media Group, Inc.) with Regard to First Amended Complaint of Key3Media Group, Inc. to Avoid and Recover Fraudulent Transfers. |
| 5. | 02/22/2005 | 14 | Stipulation Between Pulver.com Asia Pacific, Ltd., Pulver.com Conferences, Inc., Pulver.com Europe, Ltd., Pulver.com, Inc. and MediaLive International, Inc. Extending Time to Answer Move or Otherwise Plead. |
| 6. | 04/01/2005 | 16 | Stipulation of Extension of Time to Answer with Regard to the First Amended Complaint Between Medialive International, Inc. (f/k/a Key3Media Group, Inc.) and (i) Pulver.com, Pulver.com Europe, Ltd., Pulver.com Asia, Ltd., Pulver.com Conferences, Inc. and Jeffrey Pulver. |
| 7. | 05/05/2005 | 18 | Stipulation of Extension of Time in Answer with Regard to the First Amended Complaint Between Medialive International, Inc. f/k/a Key3Media Group, Inc.) and Pulver.com, Inc., Pulver.com Europe, Ltd, Pulver.com Asia, Ltd, Pulver.com Conferences, Inc. and Jeffrey Pulver. Filed by Medialive International, Inc. f/k/a Key3Media Group, Inc.). |
| 8. | 06/13/2005 | 19 | Motion to Approve Settlement Between the Debtors and Avoidance Defendants. |
| 9. | 07/05/2005 | 20 | Objection of Interface Creditors to Motion of Creditor Representative for Order Approving |

| Appellees' Item No. | Date | Adversary Docket Number | Document Description |
|---|---|---|---|
| | | | Settlement (Pulver Claims). |
| 10. | 07/12/2005 | 22 | Creditor Representative and Reorganized Debtors' Motion for Leave to File Reply to Objection of Interface Creditors to Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants Filed by Key3Media Group, Inc. on behalf of all affiliated Debtors (including Exhibit A – Reply to Objection of Interface Creditors to Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants). |
| 11. | 07/28/2005 | 23 | Order Authorizing the Debtors to File Reply to Objection of Interface Creditors to Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants. |
| 12. | 08/09/2005 | 24 | Notice of Hearing Regarding Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants. |
| 13. | 08/24/2005 | 29 | Order Allowing Interface Creditors to File Supplement to Objection of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims) Under Seal. |
| 14. | 08/30/2005 | 40 | Transcript of Hearing held on August 25, 2005 |
| 15. | 09/02/2005 | 41 | Creditors Representatives' Objection to Supplement (Second) to Objections of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims). |
| 16. | 10/07/05 | n/a | The Docket for this matter, reflecting the objection of the Interface Creditors as the only objection to the Settlement. |
| 17. | 10/07/2005 | 42 | Memorandum of Opinion and Order Granting Motion for Order Approving Settlement between Debtors and Avoidance Defendants. |
| 18. | 10/07/2005 | 43 | Judgment Order regarding Memorandum of Opinion and Order. |

| APPELLEES' ITEM NO. | DATE | ADVERSARY DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 19. | 10/18/2005 | 46 | Notice of Appeal. |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 20. | 02/03/2003 | 3 | Emergency Motion for Order (I) Authorizing the Debtors, on an Interim Basis, to Obtain Postpetition Financing and Other Extensions of Credit, (II) Granting Security Interests and Liens and According Superpriority Claims Pursuant to Sections 105 and 364(a) of the Bankruptcy Code and Rules 2002 and 9014 of the Federal Rules of the Bankruptcy Procedure, (III) Authorizing the Debtors to Use, to the Extent it May Exist, Cash Collateral and Granting Adequate Protection to Prepetition Secured Lenders for the Debtors Use of Any Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 4001, and (IV) Scheduling and Providing Notice of a Final Hearing Pursuant Bankruptcy Rules 4001(b)(2) and 4001(b)(2). |
| 21. | 02/03/2003 | 12 | Motion of Debtors and Debtors in Possession for Order Pursuant to Section 105 of the Bankruptcy Code for Authority to Pay Prepetition Claims of Critical Vendors. |
| 22. | 02/04/2003 | 42 | Order (Interim) (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Security Interests and Superpriority Claims to the Postpetition Lenders, (III) Authorizing the Debtors to Use Cash Collateral of the Prepetition Secured Lenders, (IV) Granting Adequate Protection to the Prepetition Secured Lenders and (V) Scheduling a Final Hearing Pursuant to the Bankruptcy Rule 4001. |
| 23. | 02/04/2003 | 43 | Amended Motion to Authorize the Nunc Pro Tunc Rejection of Certain Nonresidential |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| | | | Real Property Leases. |
| 24. | 02/05/2003 | 51 | Application to Employ and Retention Kasowitz, Benson, Torres & Friedman LLP as Co-Counsel for the Debtors and Debtors in Possession. |
| 25. | 02/05/2003 | 53 | Motion of Debtors and Debtors in Possession for Order Pursuant to Section 105 of the Bankruptcy Code for Authority to pay Prepetition Claims of Critical Vendors. |
| 26. | 02/05/2003 | 54 | Notice of Application, Exhibit A, Exhibit B and Exhibit C to Retain Houlihan Lokey Howard & Zukin Capital as Financial Advisors to the Debtors. |
| 27. | 02/10/2003 | 67 | Order Pursuant to Section 105 Authorizing the Debtors and Debtors in Possession to Provisionally Pay in the Ordinary Course of Business Prepetition Claims of Critical Vendors. |
| 28. | 02/12/2003 | 75 | Motion to Authorize the Nunc Pro Tunc Rejection of Nonresidential Real Property Lease With the Interface Group-Massachusetts, LLC. |
| 29. | 02/14/2003 | 86 | Notice of Appointment of Official Committee of Unsecured Creditors. |
| 30. | 02/14/2004 | 89 | Application of Debtors and Debtors in Possession Pursuant to Section 327(e) and 328 of the Bankruptcy Code for Order Authorizing the Employment and Retention of Ernst & Young LLP as Independent Auditors and Tax Accountants for the Debtors and Debtors in Possession, Nunc Pro Tunc to February 6, 2003. |
| 31. | 02/20/2003 | 95 | Order (Amended Interim) (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Security Interests and Superpriority Claims to the Postpetition Lenders, (III) Authorizing the Debtors to Use Cash Collateral of the Prepetition Secured Lenders, (IV) Granting Adequate Protection to the |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| | | | Prepetition Secured Lenders and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001. |
| 32. | 02/25/2003 | 116 | Motion of Interface Creditors for Appointment of Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code. |
| 33. | 02/25/2003 | 118 | Opposition of Interface Creditors to Remaining Relief Requested in Debtor's Motion for Authority to Pay Pre-Petition Claims of Critical Vendors. |
| 34. | 02/25/2003 | 121 | Limited Objection of Interface Creditors to Application fr Order Authorizing Employment of Kasowitz, Benson, Torres & Friedman LLP as Co-Counsel for the Debtors in Possession. |
| 35. | 02/25/2003 | 122 | Limited Objection of Interface Creditors to Application for Order Authorizing Employment of Richards, Layton & Finger, P.A. as Counsel for the Debtors in Possession. |
| 36. | 02/25/2003 | 124 | Limited Objection of Interface Group-Massachusetts, LLC to Motion of Debtors and Debtors in Possession for an Order Authorizing the Nunc Pro Tunc Rejection of a Nonresidential Real Property Lease with Interface Group-Massachusetts, LLC. |
| 37. | 02/25/2003 | 125 | Objection of Interface Creditors to Application to Employ Houlihan Lokey as Financial Advisors to the Debtors. |
| 38. | 02/25/2003 | 126 | Objection of Interface Creditors to Final Relief Authorizing Debtors to Obtain Post-Petition Financing. |
| 39. | 03/05/2003 | 168 | Motion of the Debtors and Debtors in Possession for Leave to File an Omnibus Reply to Objections Filed to (i) Application for Order Authorizing Employment and Retention of Kasowitz, Benson, Torres & Friedman, LLP as Co-Counsel for the Debtors and Debtors in Possession; (ii) |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
|  |  |  | Application for an Order Authorizing the Retention of Employment of Richards, Layton & Finger, P.A. as Counsel to the Debtors; (iii) Application for an Order Authorizing the Retention and Employment of Houlihan Lokey Howard & Zukin Capital as Financial Advisors to the Debtors and Debtors in Possession; (iv) Motion for an Order Authorizing the Nunc Pro Tunc Rejection of a Nonresidential Real Property Lease with the Interface Group-Massachusetts LLC; and (v) Motion for an Order Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property. |
| 40. | 03/05/2003 | 172 | Statement of Attorneys for the Interface Creditors Pursuant to Bankruptcy Rule 2019 (Gordon Haley LLP and Saul Ewing LLP). |
| 41. | 03/10/2003 | 193 | Order Authorizing the Rejection of a Nonresidential Real Property Lease with The Interface Group – Massachusetts LLC. Signed on 3/10/2003. |
| 42. | 03/12/2003 | 217 | Objection of the Official Committee of Unsecured Creditors to Motion of Interface Creditors for Appointment of Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code. |
| 43. | 03/12/2003 | 219 | Objection to Motion of Interface Entities For the Appointment of an Examiner. |
| 44. | 03/12/2003 | 220 | Objection of Thomas Weisel Capital Partners, L.P. to Motion of Interface Creditors for Appointment of Examiner Pursuant to 104(C)2). |
| 45. | 03/14/2004 | 240 | Statement of the Acting United States Trustee in Response to the Motion of Interface Creditors for Appointment of Examiner Pursuant to Sec. 1104(c)(2) of the Bankruptcy Code. |

| Appellees' Item No. | Date | Chapter 11 Case Docket Number | Document Description |
|---|---|---|---|
| 46. | 03/24/2003 | 264 | Order Granting Motion of the Interface Creditors for Relief to File Response to Objections to Motion of Interface Creditors for Appointment of Examiner. |
| 47. | 03/28/2003 | 277 | Order (Final) (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Granting Security Interests and Superpriority Claims to the Postpetition Lenders, (III) Authorizing the Debtors to Use Cash Collateral of the Prepetition Secured Lenders and (IV) Granting Adequate Protection to the Prepetition Secured Lenders. |
| 48. | 03/28/2003 | 281 | Notice of Appeal Under 28 U.S.C. Section 158(a) From Order of the Bankruptcy Court Dated March 25, 2003. |
| 49. | 03/28/2003 | 282 | Designation of Appellants, Interface Creditors, of Items to be Included in the Record on Appeal and Statement of Issues. |
| 50. | 03.28.2003 | 283 | Motion for Expedited Decision of Appeal of Order Denying Interface Creditors' Motion for Appointment of Examiner. |
| 51. | 03/28/2003 | 284 | Motion of Interface Creditors to Designate Record and Forward Appeal to District Court fr Determination of Procedural Motion. |
| 52. | 04/07/2003 | 316 | Counter-Designation for Debtors and Debtors in Possession of Additional Item to Be Included in Record on Appeal of Order Denying Motion of Interface Creditors for Appointment of Examiner Pursuant to Sec. 1104(c)(2) for the Bankruptcy Code Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure. |
| 53. | 04/22/2003 | 347 | Second Motion Of Interface Creditors For Appointment Of An Examiner. |
| 54. | 04/22/2003 | 348 | Motion For Expedited Consideration Of Second Motion Of Interface Creditors For Appointment Of An Examiner. |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 55. | 04/23/2003 | 350 | Objection to Disclosure Statement. |
| 56. | 04/25/2003 | 360 | Debtors' Objection to Motion of Interface Entities For Expedited Consideration of Second Motion for Appointment of Examiner. |
| 57. | 04/28/2003 | 363 | Notice To Substitute Attorney Filed by Interface Group-Nevada, LLC d/b/a Sands Exposition & Convention Center. |
| 58. | 04/29/2003 | 366 | Objection of Thomas Weisel Capital Partners, L.P. to Second Motion of Interface Creditors for the Appointment of an Examiner. |
| 59. | 04/29/2003 | 367 | Objection of the Official Committee of Unsecured Creditors to Second Motion of Interface Creditors for Appointment of an Examiner. |
| 60. | 04/30/2003 | 375 | Response to Motion (Second) of Interface Creditors for Appointment of an Examiner. |
| 61. | 05/02/2003 | 392 | Motion for Stay Pending Appeal. |
| 62. | 05/02/2003 | 393 | Motion for an Emergency Determination Without a Hearing on the Interface Creditors' Motion for a Stay Pending Appeal. |
| 63. | 05/02/2003 | 394 | Debtors' Omnibus Response to Objections to Approval of the Debtors' First Amended Joint Plan of Reorganization. |
| 64. | 05/04/2003 | 403 | Debtors' Objection to Motion of Interface Creditors for Emergency Determination of Motion to Stay Pending Appeal Without Necessary (sic) for a Hearing. |
| 65. | 05/07/2003 | 408 | Order (A) Approving Debtors' Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving the Form and Manner of Notice of the Confirmation Hearing; and (D) Scheduling the Hearing on Confirmation of the Plan of Reorganization. |
| 66. | 05/07/2003 | 409 | Objection to Motion of Interface Entities for Stay Pending Appeal of Examiner Motion, |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| | | | Certificate of Service. |
| 67. | **[05/07/2003** | **412** | **Amended Plan of Reorganization of Key3Media Group Filed by Key3Media Group Inc.]** |
| 68. | 05/07/2003 | 413 | Disclosure Statement With Respect to the Debtors First Amended Joint Plan of Reorganization. |
| 69. | 05/09/2003 | 419 | Order Denying Motion of Interface Entities for Stay Pending Appeal of Examiner Motion. |
| 70. | 05/30/2003 | 461 | Memorandum of Law In Support of Confirmation of First Amended Joint Plan of Reorganization for Key3Media Group, Inc., et al., and Response of Debtors and Debtors in Possession to Objections of the Acting United States Trustee (Docket No. 451) and the Interface Creditors. |
| 71. | 06/02/2003 | 474 | Debtors Motion for Order Designating Votes of Interface Parties Pursuant 11 U.S.C. Section 1126(e). |
| 72. | 06/03/2003 | 486 | Affidavit of Henry Colvin Certifying the Ballots Accepting or Rejecting the First Amended Joint Plan of Reorganization, For Key3Media Group, Inc., et al., Dated May 5, 2003. |
| 73. | 06/06/2003 | 496 | Order and Finding of Fact, Conclusions of Law Confirming First Amended Joint Plan or Reorganization for Key3Media Group, Inc. et al. |
| 74. | 06/13/2003 | 510 | Notice of Appeal From Order of the Bankruptcy Court Dated June 6, 2003 Confirming First Amended Joint Plan of Reorganization for Key3Media Group, Inc. et al. |
| 75. | 07/02/2003 | 543 | Notice of (I) Entry of Order Confirming the First Amended Joint Plan of Reorganization for Key3Media Group, Inc., et al., and (II) Effective Date of Plan. |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 76. | 07/10/2003 | 559 | Reorganized Debtors' Designation of Additional Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8006 Respecting Appeal From Order of the Bankruptcy Court Dated June 6, 2003. |
| 77. | 07/10/2003 | 563 | Order Granting Motion of Thomas Weisel Capital Partners, L.P. for Leave of Court to File Amended Exhibit B to Confirmation Order Pursuant to Bankruptcy Rule 9024. |
| 78. | 11/18/2003 | 687 | Motion to Approve Motion of Reorganized Debtors Pursuant to Bankruptcy Rule 9019(a) for an Order Approving the Global Settlement Agreement With the Interface Parties Filed by Key3Media Group, Inc. |
| 79. | 11/26/2003 | 689 | Exhibit Notice of Filing Exhibit C. |
| 80. | 12/10/2003 | 698 | Objection to Objection of the Creditor Representative to Motion of Reorganized Debtors Pursuant to Bankruptcy Rule 9019(a) for an Order Approving the Global Settlement Agreement with the Interface Parties. |
| 81. | 12/22/2003 | 705 | Order Approving Motion of Reorganized Debtors Approving Global Settlement Agreement With the Interface Parties. |
| 82. | 02/27/2004 | 731 | Stipulation of Dismissal of Appeal #86 and Cross-appeal #87. Between Interface Group-Nevada, Inc. d/b/a Sands Expo and Convention Center and Key3Media Group, Inc. et al. |
| 83. | 02/27/2004 | 732 | Stipulation of Dismissal of Appeal #31. Between Interface Group-Massachusetts, LLC, Interface Group-Nevada, Inc. d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC and Key3Media Group, Inc. et al. |
| 84. | 03/02/2004 | 733 | Stipulation of Dismissal of Appeal #58. Between Interface Group-Massachusetts, |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
|  |  |  | LLC, Interface Group-Nevada, Inc. d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC and Key3Media Group, Inc. et al. |
| 85. | 12/17/2004 | 807 | Complaint to Avoid and Recover Fraudulent Transfers by Key3Media Group, Inc. on behalf of all affiliated Debtors, against Pulver.com, Inc.; Pulver.com Europe, Ltd.; Pulver.com Asia, Ltd.; Pulver.com Conferences, Inc. and Jeffrey Pulver. |
| 86. | 06/13/2005 | 898 | Motion to Approve Settlement Between the Debtors and Avoidance Defendants. |
| 87. | 07/05/2005 | 900 | Objection to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims). |
| 88. | 07/05/2005 | 901 | Motion to File Under Seal (Supplement Objection to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims) Filed by Interface Group-Nevada, LLC d/b/a Sands Exposition & Convention Center; Interface-Group-MA LLC and The Venetian Hotel. |
| 89. | 07/12/2005 | 902 | Motion for Leave to File Reply to Objection of Interface Creditors to Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants. |
| 90. | 07/28/2005 | 905 | Order Authorizing the Debtors to File Reply to Objection of Interface Creditors to Motion for Order Approving Settlement Between the Debtors and Avoidance Defendants. |
| 91. | 08/24/2005 | 911 | Order Allowing Interface Creditors to File Supplement to Objection of Interface Creditors to Motion of Creditor Representative for Order Approving Settlement (Pulver Claims) Under Seal. |

| APPELLEES' ITEM NO. | DATE | CHAPTER 11 CASE DOCKET NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 92. | 10/07/2005 | n/a | The Docket for this matter, reflecting the objection of the Interface Creditors as the only objection to the Settlement. |
| 93. | 10/07/2005 | 935 | Memorandum of Opinion and Order Granting Motion for Order Approving Settlement between Debtors and Avoidance Defendants. |
| 94. | 10/07/2005 | 936 | Judgment Order regarding Memorandum of Opinion and Order. |

Dated:   November 14, 2005
         Wilmington, Delaware

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Sandra G. M. Selzer*

Laura Davis Jones (DE Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Sandra G. M. Selzer (DE Bar No. 4283)
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**Counsel for Creditor Representative and Special Counsel For Reorganized Debtors**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Robert M. Novick (*pro hac vice*)
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

- and –

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason M. Madron*

John H. Knight (DE Bar No. 3848)
Jason M. Madron (DE Bar No. 4431)
One Rodney Square
P O Box 551
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

**Co-counsel for Reorganized Debtors**