IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: Key3Media Group Inc et al

|  |  |  |
|---|---|---|
| Interface Group-Massachusetts LLC et al | ) | |
| Appellant | ) | Civil Action No.  05-828 |
| v. | ) | |
| Key3Media Group Inc et al | ) | |
| Appellee | ) | Bankruptcy Case No.03-10323 |
|  |  | ADV No.04-57972 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/7/05 was docketed in the District Court on 12/5/05:

    Opinion and order Granting Motion Approving Settlement between Debtors
    And Avoidance Defendants.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                              Peter T. Dalleo
                                              Clerk of Court

Date:   December 5, 2005

To:   U.S. Bankruptcy Court
       Counsel