UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| KEY3MEIDA GROUP, INC., et al., | ) | Case No. 1:05-cv-00828-SLR |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 04-57972 (KJC) |
| KEY3MEDIA GROUP, INC., on behalf | ) | |
| of the substantively consolidated | ) | |
| post-confirmation estate, and in particular, | ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Class 4 creditors under the Debtors' | ) | |
| confirmed Joint Amended Plan of | ) | |
| Reorganization | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| PULVER.COM, INC.; PULVER.COM | ) | |
| EUROPE, LTD.; PULVER.COM ASIA | ) | |
| LTD.; PULVER.COM CONFERENCES, | ) | |
| INC. AND JEFFREY PULVER, | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |
| MEDIALIVE INTERNATIONAL, INC. | ) | |
| (f/k/a Key 3 Media Group, Inc.), | ) | |
| | ) | |
| Third Party Defendant | ) | |
| | ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated "Standing", the undersigned mediator reports that the mediation was completed on January 24, 2006 and resolved in the following manner *(complete applicable provisions)*:

  (a) The following individuals were present:

   (1) Parties (name and capacity) -

      Paul Roberts: Principle for Appellant

      Meade Monger, Alex Partner: Creditor Representative

   (2) Counsel (name and party representing) -

      Peter Haley: Attorney for Appellant

      Robert Novak / Jason Madron: Attorneys for Reorganized Debtor

       Tobias Keller / Michael Seidl: Attorneys for Creditors Representative

(b) The following parties failed to appear and/or participate as ordered:

    N.A.

(c) The outcome of the mediation conference was:

_____   The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____   The following issues remain for this court to resolve:

__X__   The matter has not been resolved and should proceed to trial.

_____   OTHER:

Dated: March 7, 2006

_____
Signature of Mediator

Brian A. Sullivan, Esq.
Name of Mediator
Werb and Sullivan
300 Delaware Avenue
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652 - 1100
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)