IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| KEY3MEDIA GROUP, INC., ) | Bk. No. 03-10323(MFW) |
| et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| | |
| KEY3MEDIA GROUP, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-828-SLR |
| ) | |
| PULVER.COM, INC., PULVER.COM, ) | |
| EUROPE, LTD., PULVER.COM ASIA ) | |
| LTD., PULVER.COM CONFERENCES, ) | |
| INC., and JEFFREY PULVER, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| and ) | |
| ) | |
| MEDIALIVE INTERNATIONAL, INC. ) | |
| F/k/a Key3Media Group, Inc., ) | |
| ) | |
| Third party ) | |
| Appellee. ) | |

**O R D E R**

At Wilmington this 16th day of March, 2006, having received Mediator's Certificate of Completion for the above captioned appeal noting that this matter has not been resolved (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **April 17, 2006**.

   2. Appellee's brief in opposition to the appeal is due on or before **May 17, 2006.**

   3. Appellant's reply brief is due on or before **May 31, 2006.**

                                    _____
                                       United States District Judge