UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 03-10323 (MFW) |
| KEY3MEDIA GROUP, INC., <u>et al.</u>,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |
| KEY3MEDIA GROUP, INC., ) | |
| ) | |
| Appellee, ) | |
| ) | Civ. No. 05-828 (SLR) |
| v. ) | |
| ) | |
| PULVER.COM, INC.; PULVER.COM ) | |
| EUROPE, LTD.; PULVER.COM ASIA, ) | |
| LTD.; PULVER.COM CONFERENCES, ) | |
| INC. and JEFFREY PULVER, ) | |
| ) | |
| Appellee, ) | |
| and ) | |
| ) | |
| MEDIALIVE INTERNATIONAL, INC. ) | |
| f/k/a Key3Media Group, Inc., ) | |
| ) | |
| Third Party Appellee. ) | |

<u>APPENDIX OF APPELLANTS, INTERFACE GROUP-MASSACHUSETTS, LLC,
INTERFACE GROUP-NEVADA, INC. and VENETIAN CASINO RESORT, LLC</u>

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A CONFIDENTIALITY AGREEMENT**

[SIGNATURE PAGE TO FOLLOW]

---

[1] The Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

Charles J. Brown III (No. 3368)
ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

and

Stephen F. Gordon (Mass BBO#203600)
Peter J. Haley (Mass BBO#543858)
Leslie F. Su (Mass BBO#641833)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 261-0100

Attorneys for Appellants, Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC

April 17, 2006

**ORIGINAL**