IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KEY3MEDIA GROUP, INC., et al.[1], ) | Case No. Case No. 03-10323 (KJC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| KEY3MEDIA GROUP, INC., on behalf of the ) | |
| consolidated post-confirmation estate, and in particular, ) | |
| Class 4 creditors under the Debtors' confirmed Joint ) | Adv. No. 04-57972 (KJC) |
| Amended Plan of Reorganization, ) | Civ. No. 05-00828-SLR |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PULVER.COM, INC.; PULVER.COM ) | **CONFIDENTIAL** |
| EUROPE, LTD.; PULVER.COM ASIA, ) | **FILED UNDER SEAL** |
| LTD.; PULVER.COM CONFERENCES, INC. ) | |
| and JEFFREY PULVER, ) | |
| ) | |
| Defendants and Third Party Plaintiffs. ) | |
| ) | |
| ) | |
| MEDIALIVE INTERNATIONAL, INC. (f/k/a ) | |
| Key3Media Group, Inc.), ) | |
| ) | |
| Third Party Defendant. ) | |

## DOCUMENT TO BE KEPT UNDER SEAL

| |
|---|
| **APPELLEES' RESPONSIVE BRIEF** |

Dated: May 17, 2006        PACHULSKI STANG ZIEHL YOUNG JONES &
                            WEINTRAUB LLP
                            Laura Davis Jones (DE Bar No. 2436)
                            James E. O'Neill (DE Bar No. 4240)
                            Sandra G. M. Selzer (DE Bar No. 4283)
                            919 North Market Street, 16th Floor
                            Wilmington, DE 19899-8705 (Courier 19801)
                            Telephone: (302) 652-4100
                            Facsimile: (302) 652-4400

                            Counsel for Creditor Representative and Special Counsel For
                            Reorganized Debtors

                            and

---

[1] The Reorganized Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

DOCS_DE:118288.1

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David M. Friedman
Robert M. Novick (*pro hac vice*)
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

- and

RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (DE Bar No. 3848)
Jason M. Madron (DE Bar No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Co-counsel for Reorganized Debtors