IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KEY3MEDIA GROUP, INC., et al.[1], ) | Case No. Case No. 03-10323 (KJC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| KEY3MEDIA GROUP, INC., on behalf of the ) | |
| consolidated post-confirmation estate, and in particular, ) | |
| Class 4 creditors under the Debtors' confirmed Joint ) | Adv. No. 04-57972 (KJC) |
| Amended Plan of Reorganization, ) | Civ. No. 05-00828-SLR |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PULVER.COM, INC.; PULVER.COM ) | |
| EUROPE , LTD.; PULVER.COM ASIA, ) | |
| LTD.; PULVER.COM CONFERENCES, INC. ) | |
| and JEFFREY PULVER, ) | |
| ) | |
| Defendants and Third Party Plaintiffs. ) | |
| ) | |
| ) | |
| MEDIALIVE INTERNATIONAL, INC. (f/k/a ) | |
| Key3Media Group, Inc.), ) | |
| ) | |
| Third Party Defendant. ) | |

### AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtor in the above-captioned action, and that on the 17th day of May 2006, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

---

[1] The Reorganized Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

49046-001\DOCS_DE:118298.1

**APPELLEE'S RESPONSIVE BRIEF**

_____
Louise L. Tuschak

SWORN TO AND SUBSCRIBED
by me on this 17th day of May 2006

_____
Notary Public
My Commission Expires: 11/4/07

**MARY E. CORCORAN**
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Key3 Media – Pulver.com Conferences, Inc.
Service List
Document No. 105917
3 – Hand Delivery
3 – First Class Mail

*Hand Delivery*
(Counsel to Pulver Parties)
Elio Battista, Jr., Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Medialive International, Inc.)
John H. Knight, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Interface Group-Massachusetts, LLC,
Interface Group-Nevada, LLC d/b/a Sands Expo
and Convention Center and Venetian Casino Resort,
LLC)
Charles J. Brown, III, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899-1639

*First Class Mail*
(Counsel to Pulver Parties)
Bonnie Steingart, Esquire
Vivek Melwani, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

*First Class Mail*
(Counsel for Medialive International, Inc.)
Robert M. Novick, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*First Class Mail*
(Counsel to Interface Group-Massachusetts, LLC,
Interface Group-Nevada, LLC d/b/a Sands Expo
and Convention Center and Venetian Casino Resort,
LLC)
Stephen F. Gordon, Esquire
Peter J. Haley, Esquire
Leslie F. Su, Esquire
Gordon Haley LLP
101 Federal Street
Boston, MA 02110