UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 03-10323 (MFW) |
| KEY3MEDIA GROUP, INC., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEY3MEDIA GROUP, INC., | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | Civ. No. 05-828 (SLR) |
| v. | ) | |
| | ) | |
| PULVER.COM, INC.; PULVER.COM EUROPE, LTD.; PULVER.COM ASIA, LTD.; PULVER.COM CONFERENCES, INC. and JEFFREY PULVER, | ) | |
| | ) | |
| Appellee, | ) | |
| and | ) | |
| | ) | |
| MEDIALIVE INTERNATIONAL, INC. f/k/a Key3Media Group, Inc., | ) | |
| | ) | |
| Third Party Appellee. | ) | |

<u>REPLY BRIEF OF APPELLANTS, INTERFACE GROUP-MASSACHUSETTS, LLC, INTERFACE GROUP-NEVADA, INC. and VENETIAN CASINO RESORT, LLC</u>

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A CONFIDENTIALITY AGREEMENT**

[SIGNATURE PAGE TO FOLLOW]

---

[1] The Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

>Charles J. Brown III (No. 3368)
>ELZUFON, AUSTIN, REARDON,
>TARLOV & MONDELL, P.A.
>300 Delaware Avenue
>Suite 1700
>P.O. Box 1630
>Wilmington, DE 19899-1630
>
>and
>
>Stephen F. Gordon (Mass BBO#203600)
>Peter J. Haley (Mass BBO#543858)
>Leslie F. Su (Mass BBO#641833)
>Gordon Haley LLP
>101 Federal Street
>Boston, Massachusetts 02110
>(617) 261-0100
>
>Attorneys for Appellants, Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC

May 31, 2006

**REDACTED**