UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 03-10323 (MFW) |
| KEY3MEDIA GROUP, INC., <u>et al.</u>,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |
| KEY3MEDIA GROUP, INC., ) | |
| Appellee, ) | |
| ) | Civ. No. 05-828 (SLR) |
| v. ) | |
| PULVER.COM, INC.; PULVER.COM ) | |
| EUROPE, LTD.; PULVER.COM ASIA, ) | |
| LTD.; PULVER.COM CONFERENCES, ) | |
| INC. and JEFFREY PULVER, ) | |
| Appellee, ) | |
| and ) | |
| MEDIALIVE INTERNATIONAL, INC. ) | |
| f/k/a Key3Media Group, Inc., ) | |
| Third Party Appellee. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the firm Elzufon Austin Reardon Tarlov & Mondell, P.A. hereby withdraws its appearance as Delaware counsel for the Appellee, in the above captioned case.

---

[1] The Debtors are Key3Media Group, Inc., Key3Media Events, Inc., Key3Media VON Events, Inc., Key3Media BCR Events, Inc., Key3Media Advertising, Inc. and Key3Media BioSec Corp.

ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (I.D. No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Telephone:  (302) 428-3181
Facsimile:  (302) 777-7244

## ENTRY OF APPEARANCE

      PLEASE TAKE FURTHER NOTICE that the firm Harvey Pennington, LTD hereby enters its appearance as Delaware counsel for the Appellee, in the above captioned bankruptcy case.

Dated: July 18, 2006
       Wilmington, DE

                              HARVEY PENNINGTON, LTD.

                              */s/ Charles J. Brown, III*
                              Charles J. Brown, III, Esq. (I.D. No. 3368)
                              913 Market Street, Suite 702
                              Wilmington, DE  19801
                              Telephone:  (302) 428-0719
                              Facsimile:  (302) 428-0734

## **CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, hereby certify that on this date, I caused a copy of the foregoing document to be served upon the following party via first class mail.

Laura Davis Jones, Esquire
Paula A. Galbraith, Esquire
Pachulski, Stang, Ziehl, Young & Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Andrew W. Caine, Esquire
Pachulski, Stang Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067

John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Elio Battista, Jr., Esquire
Blank Rome
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

I certify the foregoing to be true and correct under the penalty of perjury.


Dated: July 18, 2006                         /s/ Charles J. Brown, III
                                             Charles J. Brown, III