IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KEY3MEDIA GROUP, INC.,<br>    et al,<br><br>    Debtors. | Chapter 11<br><br>bk. No. 03-10323 (MFW)<br><br>Jointly Administered |
| KEY3MEDIA GROUP, INC.,<br><br>    Appellant,<br><br>v.<br><br>PULVER.COM, INC., PULVER.COM,<br>EUROPE, LTD., PULVER.COM ASIA<br>LTD., PULVER.COM CONFERENCES,<br>INC., and JEFFREY PULVER,<br><br>    Appellees,<br><br>and<br><br>MEDIALIVE INTERNATIONAL, INC.<br>f/k/a KEY3MEDIA GROUP, INC.,<br><br>    Third party<br>    Appellee | Civ. No. 05-828-SLR<br><br>Adv. No. 04-57972 (RB) |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC (the "Interface Creditors") appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Order of the United States District Court for the District of Delaware (the "District Court") entered in this

2

case on October 3, 2006 in which the District Court denied the appeal of the Interface Creditors and affirmed the decision of the United States Bankruptcy Court for the District of Delaware approving the settlement reached by the parties to the above-captioned adversary proceeding.

HARVEY, PENNINGTON LTD.,

Charles J. Brown, III (ID No. 3368)
913 Market Street, Suite 702
Wilmington, Delaware 19801

and

Stephen F. Gordon (MA BBO No. 203600)
Peter J. Haley (MA BBO No. 543858)
Leslie F. Su (MA BBO No. 641833)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 261-0100

Attorneys for Appellants, Interface Group-Massachusetts, LLC, Interface Group-Nevada, LLC d/b/a Sands Expo and Convention Center and Venetian Casino Resort, LLC

P:\Clients\Las Vegas Sands\Key3Media\Docket Pleadings - Pulver appeal\Notice of Appeal 11-01-06.doc