UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4676

In Re:  Key3Media, et al.

Interface Group MA, Interface Group NE and
Venetian Casino Resort, Appellants

(District of Delaware Civil No. 05-cv-00828)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk
United States Court of Appeals
for the Third Circuit

Date: November 15, 2006
cc:
    Charles J. Brown III, Esq.
    Stephen F. Gordon, Esq.
    Peter J. Haley, Esq.
    Leslie F. Su, Esq.
    Laura D. Jones, Esq.
    Paula A. Galbraith, Esq.
    Sandra G.M. Selzer, Esq.
    Christina M. Houston, Esq.
    Jason M. Madron, Esq.
    John H. Knight, Esq.
    Etta R. Wolfe, Esq.
    Mark J. Packel, Esq.
    Elio Battista Jr., Esq.

A True Copy:

Marcia M. Waldron, Clerk